RICHARD HENRY HOWARD AND MARTHA HOWARD,
His Wife,

*vs.*

DANIEL R. RANDALL, Attorney, etc.

*Mortgages: foreclosure; advertisement; inaccuracy in record page; no ground for setting sale aside when original mortgage was filed; report of sale; what should show.*

In foreclosure proceedings, if the original mortgage is filed in the case, the mere fact that in the advertisement there is an inaccuracy in describing the page where the same is recorded, is no ground for setting the sale aside, especially where there were numerous bidders and there is no evidence that anyone was deceived by the advertisement.

In general, the report of a mortgage sale should show that the terms of sale were advertised.

*Decided January 15th, 1918.*

Appeal from the Circuit Court for Anne Arundel County. (Brashears, J.)

The cause was submitted to Boyd, C. J., Briscoe, Burke, Thomas, Pattison, Urner, Stockbridge and Constable, JJ.

*John S. Strahorn* submitted a brief for the appellants.

*Daniel R. Randall* submitted a brief for the appellee.

The order of the lower Court was affirmed in an opinion by Thomas, J.